IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. No. CR07-10ML |
| | : | |
| | : | |
| v. | : | In violation Of 18 U.S.C. § 922(g)(5) |
| | : | |
| | : | |
| CARLOS VARGAS | : | |

INFORMATION

The United States Attorney charges that:

COUNT I

On or about November 3, 2006, in the District of Rhode Island, the defendant, CARLOS VARGAS, then being an alien illegally and unlawfully in the United States, did knowingly possess, in and affecting commerce, firearms, to wit: a Winchester model 1906 .22 caliber rifle, serial number 373159; and a Winchester model 290 .22 caliber rifle, serial number B1189564, in violation of 18 U.S.C. § 922(g)(5).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

LUIS M. MATOS
Assistant U.S. Attorney
Chief, Criminal Division

Date: 1/22/07