AO 257
(USAO REV. 6/99)

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT

**Name of District Court, and/or Judge/Magistrate Location (City)**

U.S. DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND, PROVIDENCE, RHODE ISLAND

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): PETER F. NERONHA

**DEFENDANT – U.S. vs.**

CARLOS VARGAS

Addre

Birth Date

Redacted

le)

Social S

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco & Firearms

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40 . Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under ▶

MAG. JUDGE CASE NO.
1:06-M-125A

Place of offense: RHODE ISLAND

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges

} ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

ACI

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ 11/03/2006

Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▷

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

Possession of a firearm by an alien illegally or unlawfully in the United Sates - 18 U.S.C. Section 922(g)(5)

10 Years Imprisonment;
$ 250,000 Fine;
3 Years Supervised Release;
$100 Special Assessment.

Anticipated Trial Days: 2-3 days

This form was electronically produced by Elite Federal Forms, Inc. - mod HI (11/00)