O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

RECEIVED

UNITED STATES OF AMERICA
V.
CARLOS VARGAS

## WAIVER OF INDICTMENT

CASE NUMBER: CR-07-10 S

I, CARLOS VARGAS, the above named defendant, who is accused of

possession of a firearm by an alien illegally or unlawfully in the United States,

in violation of Title 18, United States Code, Section 922(g)(5),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on JANUARY 31, 2007 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Carlos Vargas
Defendant

Robert B. Mann
Counsel for Defendant

Before [signature]
Judicial Officer USMJ