UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 07-00010-001 |
| | ) | |
| CARLOS VARGAS | ) | |

DEFENDANT'S RESPONSE TO PRESENTENCE INVESTIGATION

Paragraph 29 - Father's first name spelled - Enrique

Mother's first name spelled – Laura

The defendant would note his brother has returned to Rhode Island.

Paragraph 30 - Spelling of wife's name is Consuelo.

Carlos Vargas
By his Attorney,

/s/Robert B. Mann____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 12th day of April, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Peter Nerohna, AUSA
Office of the United States Probation Officer

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net