**United States District Court**
**for the District of Rhode Island**

United States of America

vs. Case No. CR07-10S

Carlos Vargas

**EXHIBIT RECEIPT**

Defendant's exhibit - A

Signature of ~~Attorney~~: David A. DiMarzio, Clerk

Para legal Deputy Clerk